FORMER EMPLOYEES OF CABOT SUPERMETALS Plaintiffs, v. UNITED STATES DEPARTMENT OF LABOR Defendant.

Court No. 05–00674

*JUDGMENT*

MUSGRAVE, Judge: This court, having issued an Order on March 27, 2007, requiring the plaintiffs to show cause why this action should not be dismissed for lack of prosecution; and with no response from the plaintiffs having been received by the Court, it is hereby

ORDERED pursuant to Rule 41(b)(3)of the Rules of this Court that this action be, and it hereby is, dismissed for lack of prosecution.